**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: November 24, 2026
Docket #: 26-1415
Short Title: United States of America v. Jimenez (Wright)

DC Docket #: 1:24-cr-464-2
DC Court: EDNY (BROOKLYN)
DC Judge: Brian M. Cogan

## NOTICE OF DEFECTIVE FILING

On November 23, 2026 the Brief, on behalf of the Appellant Demettrius Wright, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason:

_______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_______ Improper proof of service *(FRAP 25)*
    _______ Missing proof of service
    _______ Served to an incorrect address
    _______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_______ Failure to submit document in digital format *(Local Rule 25.1)*
_______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
_______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_______ Failure to file special appendix *(Local Rule 32.1)*
___X___ Defective cover *(FRAP 32)*
    ___X___ Incorrect caption *(FRAP 32)*
    _______ Wrong color cover *(FRAP 32)*
    _______ Docket number font too small *(Local Rule 32.1)*
_______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_______ Incorrect font *(FRAP 32)*
_______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_______ Untimely filing
_______ Incorrect Filing Event
_______ Other: ____________________________________________

Please cure the defect and resubmit the document, with the required copies if necessary, no later than November 27, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8508.